**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.     //    **CRIMINAL NO. 1:12CR1**
                                     **(Judge Keeley)**

**HARVEY BREWER and**
**TASHA SHELEKA SAUNDERS,**

    **Defendant.**

## SUMMARY ORDER FOLLOWING PRETRIAL CONFERENCE

On March 20, 2012, the parties came before the Court for a pretrial conference. For the reasons stated on the record of that hearing, the Court:

1. **STRUCK** Shirland L. Fitzgerald from the list of witnesses for the case-in-chief of the United States, thereby **GRANTING-IN-PART** the defendant Harvey Brewer's Motion to Strike or, in the Alternative, for a Continuance of Trial (dkt. no. 59) and the defendant Tasha Sheleka Saunders' Motion to Strike (dkt. no. 60);

2. **OVERRULED** the defendant Harvey Brewer's objections (dkt. no. 62) to the March 16, 2012 Opinion and Report and Recommendation ("R&R") of the magistrate judge (dkt. no. 54), **ADOPTED** the R&R in its entirety (dkt. no. 54), and **DENIED** the defendants' Motion in Limine to Exclude Video and Still Photographs from the Best Western Hotel (dkt.

no. 39), provided the United States presents the testimony necessary to properly authenticate the materials at trial.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: March 21, 2012.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE